IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00203–EWN–MJW

MARVIN L. TEMPLE,

    Applicant,

v.

GARY WATKINS and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

    This matter is before the court on the "Recommendation of United States Magistrate Judge" (#11).  Applicant has objected to the recommendation.  The issues presented in this application for a writ of habeas corpus by a state prisoner are identical to those raised by the same Applicant in Case No. 04–cv–00202–EWN–MJW.  The only difference between the two cases is that Applicant is challenging a conviction by a different court in this case.  The court has separately filed in Case No. 04–cv–00202–EWN–MJW an order accepting the magistrate judge's recommendation and dismissing the case.  The court's order in that case is attached hereto and Incorporated herein by reference.  For the reasons stated in that order, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. This case is DISMISSED with prejudice.

DATED this 8th day of February, 2007.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        United States District Judge